THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGIY VERDIYAN,

                        Plaintiff,

      v.

CAROLYN W. COLVIN,

                        Defendant.

CASE NO. C15-1680-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to renote his motion for EAJA fees and expenses (Dkt. No. 26). The Court, finding good cause, GRANTS the motion. Plaintiff's motion for EAJA fees and expenses (Dkt. No. 21) is renoted for March 31, 2017.

DATED this 9th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C15-1680-JCC
PAGE - 1