THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGIY VERDIYAN,<br><br>                Plaintiff,<br>     v.<br>NANCY A. BERRYHILL,<br><br>                Defendant. | CASE NO. C15-1680-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's third declaration in support of an award of attorney fees under the Equal Access to Justice Act ("EAJA") (Dkt. No. 30). The Court previously granted Plaintiff's motion for attorney fees pursuant to EAJA. (Dkt. No. 29). However, the Court declined to include in its award the time spent by Plaintiff's counsel on its reply brief because Plaintiff provided conflicting information about the total number of hours expended. (*Id*. at 4.) The Court then ordered Plaintiff to file detailed documentation of the hours expended. (*Id*.)

Plaintiff subsequently filed a declaration from his counsel that provides a detailed summary of the total hours expended. (Dkt. No. 30.) Based on this declaration, and consistent with its prior order granting Plaintiff's motion, the Court AWARDS Plaintiff attorney fees of $8,390.17 and expenses of $2.97.

Subject to any offset allowed under the Department of Treasury Offset Program, payment

of this award shall be made to Plaintiff's attorney Eitan Kassel Yanich. Payment shall be sent to: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501.

DATED this 27th day of December 2017.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C15-1680-JCC
PAGE - 2